SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>        Plaintiff,<br><br>   vs.<br><br>California Sun Centers et al<br><br>        Defendants | Case No. **2:09-cv-01755-FCD-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL SEPTEMBER 9, 2009 FOR DEFENDANTS STEPHEN C. PATTERSON INDIVIDUALLY AND AS TRUSTEE OF THE PATTERSON FAMILY TRUST; VIRGINIA ANN PATTERSON INDIVIDUALLY AND AS TRUSTEE OF THE PATTERSON FAMILY TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Stephen C. Patterson Individually and as Trustee of the Patterson Family Trust; Virginia Ann Patterson Individually and as Trustee of the Patterson Family Trust, by and through their respective attorneys of record, Scott N. Johnson; Richard M. Watts, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Stephen C. Patterson Individually and as Trustee of the Patterson Family Trust; Virginia Ann Patterson Individually and as Trustee of the Patterson Family Trust until August 20, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Stephen C. Patterson Individually and as Trustee of the Patterson Family Trust; Virginia Ann Patterson Individually and as Trustee of the Patterson Family Trust are granted an extension until September 9, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Stephen C. Patterson Individually and as Trustee of the Patterson Family Trust; Virginia Ann Patterson Individually and as Trustee of the Patterson Family Trust response will be due no later than September 9, 2009.

IT IS SO STIPULATED effective as of August 24, 2009

Dated:  August 24, 2009                    /s/Richard M. Watts_____

                                                Richard M. Watts,

                                                Attorney for Defendants

                                                Stephen C. Patterson

                                                Individually and as

                                                Trustee of the Patterson

                                                Family Trust; Virginia

                                                Ann Patterson

                                                Individually and as

                                                Trustee of the Patterson

                                                Family Trust

Dated:  August 24, 2009                    /s/Scott N. Johnson ____

                                                Scott N. Johnson,

                                                Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Stephen C. Patterson Individually and as Trustee of the Trustee of the Patterson Family Trust; Virginia Ann Patterson Individually and as Trustee of the Patterson Family Trust shall have until September 9, 2009 to respond to complaint.

Dated: August 25, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE