SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA SUN CENTERS, et. al.,<br><br>    Defendants. | Case No.: CIV. S-09-01755-FCD-GGH<br><br>**STIPULATED DISMISSAL OF STEPHEN C. PATTERSON and VIRGINIA ANN PATTERSON; ORDER**<br><br>Complaint Filed: JUNE 25, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Stephen C. Patterson; Virginia Ann Patterson) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendants (Stephen C. Patterson; Virginia Ann Patterson) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: October 1, 2009                              /s/Scott N. Johnson
                                                    SCOTT N. JOHNSON
                                                    Attorney for Plaintiff

/ / /

1

| | |
|---|---|
| Dated: October 2, 2009 | /s/Richard M. Watts, Jr._____<br>RICHARD M. WATTS, JR.<br>Attorney for Defendants,<br>STEPHEN C. PATTERSON;<br>VIRGINIA ANN PATTERSON |

**IT IS SO ORDERED**.

Dated: October 5, 2009                   _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE